UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  8:21–cv–00614–CJC–DFM       Date  5/18/2021

Title  WENBIN LIU V. UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ET AL

Present: The Honorable CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present                          None Present

**Proceedings:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL**

The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [13], and hereby orders the case dismissed without prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

_ : _
Initials of Deputy Clerk: cw